```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARCUS CLARK,                        :    CIVIL ACTION
                                     :    NO. 14-806
          Petitioner,                :
                                     :
     v.                              :
                                     :
JOHN KERESTES et al.,                :
                                     :
          Respondents.               :
                                     :
```

**O R D E R**

**AND NOW**, this **11th** day of **February, 2015,** after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart (ECF No. 11) and Petitioner's objections thereto (ECF No. 14), it is hereby **ORDERED** as follows:

(1) The Report and Recommendation is **APPROVED** and **ADOPTED**;

(2) Petitioner's objections to the Report and Recommendation are **OVERRULED**;

(3) The Petition for a Writ of Habeas Corpus (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**;

(4) A certificate of appealability shall not issue; and

(5) The Clerk shall mark this case **CLOSED.**

        **AND IT IS SO ORDERED.**

                                                   **/s/ Eduardo C. Robreno**
                                                 **EDUARDO C. ROBRENO,   J.**